DAVID SCHWARTZ COMPANY, INC., v. BRANDER & CURRY, INC.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ELIZABETH SUSSMAN v. MORRIS ABRAMS.— Application denied, with ten

dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.